UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAZEL ANN MIKE, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:00-cr-003-KJD |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#19) on November 22, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** Moapa Indian Housing Authority
**Amount of Restitution Ordered:** $37,268.00

Dated this 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE